IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Christine Samuel, *as Natural Parent* | ) | |
| *and  Guardian of CSD*, | ) | Case No.: 4:12-cv-2277-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| James H. Dickey and James H. Dickey | ) | |
| Law Firm, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## ORDER

On August 9, 2012, the Plaintiff, Christine Samuel, filed this case asserting legal malpractice and breach of fiduciary duty claims against Defendants James H. Dickey and James H. Dickey Law Firm . (Doc. #1). This matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Thomas E. Rogers, III, to whom this case was previously assigned. (Doc. #30). In the Report, the Magistrate Judge recommends that the Court grant Plaintiff's motion for default judgment in the amount of $1,050,000. (Id.). Objections to the Report were due by March 16, 2015. However, no objections were filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, Doc. # 30, is **ACCEPTED.** The Plaintiff's motion for default judgment, Doc. #16, is **GRANTED** in the amount of one-million, fifty-thousand dollars ($1,050,000).

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

March 23, 2015
Columbia, South Carolina